RICHON S. LAWRENCE, Plaintiff, v HECTOR SANTOS et al., Defendants. HAROLD CHETRICK, ESQ., Nonparty Appellant, v THE GREENBERG LAW FIRM, LLP, Nonparty Respondent. [1 NYS3d 78]—

Order, Supreme Court, Bronx County (Lucindo Suarez, J.), entered September 12, 2013, which, to the extent appealed from, awarded outgoing counsel Harold Chetrick $2,000 in fees, unanimously modified, on the law, to increase Chetrick's award to $5,000, and otherwise affirmed, without costs.

It is uncontroverted that, when Greenberg took over plaintiff's representation from Chetrick (who had received a $15,000 offer on the case after working on the matter for almost a year), outgoing and incoming counsel agreed that Greenberg would pay Chetrick $5,000 of the contingency fee in the event defendant's carrier agreed to pay plaintiff the full policy amount of $25,000. The case has settled for that amount, and we see no justification for relieving Greenberg from the agreement (*see Oberman v Reilly*, 66 AD2d 686, 687 [1st Dept 1978], *lv dismissed* 48 NY2d 602 [1979]). Greenberg argues that Chetrick should not be allowed to enforce the agreement because the cli-

ent discharged him for cause. This argument is untenable, since Supreme Court, after a hearing, determined that Chetrick had not been terminated for cause, and Greenberg has not appealed from that determination. Concur—Tom, J.P., Friedman, Acosta, Saxe and Kapnick, JJ.